Staci Jennifer Riordan (SBN 232659)
sriordan@nixonpeabody.com
Aaron M. Brian (SBN 213191)
abrian@nixonpeabody.com
NIXON PEABODY, LLP
300 South Grand Ave., Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Attorneys for Plaintiffs
SFO TECHNOLOGIES, PRIVATE LTD.,
SFO TECH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SFO TECHNOLOGIES; PRIVATE LTD.; SFO TECH, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN SHANE; RICHARD SHANE; DAVID SHANE; JULIE SHANE and KIRK WALDRON, <br><br> Defendants. | Case No. 2:19-cv-006674-JAK-E <br><br> **Declaration of Asim Ghafoor** <br><br> Date:      September 27, 2021 <br> Time:     8:30 a.m. <br> Courtroom: 10B |

I, Asim Ghafoor, hereby declare:

1. I am over the age of eighteen (18) years of age.

2. I was counsel to cross-respondents Larry Aguilar (Aguilar) and Alex Ayala (Ayala) in the underlying arbitration, but those parties were peripheral to the arbitration proceedings.

3. I did not execute the Joint Case Management Plan, dated October 29, 2020, which set forth pre-hearing discovery and disclosure deadlines and no discovery was taken by or from my initial clients Aguilar and Ayala,

who were not witnesses and did not otherwise participate at the arbitration hearing.

4. Faisal Gill and I are colleagues and I was aware of his personal situation – that he had two very young children and his wife was about to give birth at the end of December 2020/in early January 2021, which was causing considerable anxiety given Los Angeles was facing the worst COVID surge of the pandemic.

5. I agreed to take over representation of SFO Technologies Private Ltd. and SFO Tech, Inc. (collectively "Plaintiffs") provided that we obtain a continuance from the Tribunal.

6. On December 30, 2020, Plaintiffs made the request that I take over as lead counsel and a for brief continuance of 5 weeks so that I could become knowledgeable with the facts and documents of the case.

7. On January 6, 2021, the Tribunal granted the Plaintiff's request that I become its lead counsel, but denied the request for a continuance.

8. Additionally, I learned that Mr. Gill's wife had complications in childbirth and he was not going to be able to assist me with the trial as planned.

9. Due to the schedule set by the Tribunal, I had less than twenty days to prepare for trial, which was especially challenging because expert discovery was still on-going, and hidden documents continued to be uncovered.

10. This process was extremely time consuming and gave the Defendants a clear advantage since they were more familiar with the documents than I was.  As a result, not all documents were submitted to the Tribunal. There were also instances where key documents were not properly cited to.  If the continuance had been granted, or the back up arbitration date of May 2021 been used, this would not have happened and this case would have been decided on the merits, compared to procedural grounds.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed this 6th day of July 2021 in Ashburn, VA.

_____
Asim Ghafoor