Staci Jennifer Riordan (SBN 232659)
sriordan@nixonpeabody.com
Aaron M. Brian (SBN 213191)
abrian@nixonpeabody.com
NIXON PEABODY, LLP
300 South Grand Ave., Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Attorneys for Plaintiffs
SFO TECHNOLOGIES, PRIVATE LTD.,
SFO TECH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SFO TECHNOLOGIES; PRIVATE LTD.; SFO TECH, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN SHANE; RICHARD SHANE; DAVID SHANE; JULIE SHANE and KIRK WALDRON, <br><br> Defendants. | Case No. 2:19-cv-006674-JAK-E <br><br> **Declaration of Faisal M. Gill** <br><br> Date: September 27, 2021 <br> Time: 8:30 a.m. <br> Courtroom: 10B |

Case No. 2:19-cv-06674-JAK-E

DECLARATION OF FAISAL M. GILL

4830-1423-0509.1

I, Faisal M. Gill, hereby declare:

1. I am over the age of eighteen (18) years of age.

2. I was counsel to the SFO parties in the underlying arbitration until January 2021.

3. I produced the Qual Pro December 2017 inventory report to counsel for the Shane parties in October 2020.

4. In response to our request for records from HCVT, the company that audited Qual-Pro for year 2016, HCVT stated they would not respond without getting authorizations from the selling parties (i.e., the Defendants in this action.)

5. Attached as Exhibit 1 is a true and correct copy of my email communications with representatives of HCVT, running through December 29, 2020. At no point before or after these communications did HCVT produce any documents concerning the 2016 audit of Qual-Pro.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July 2021 in Los Angeles, CA.

_Faisal Gill_
Faisal M. Gill

2

**DECLARATION OF FAISAL M. GILL**

# EXHIBIT 1

# Fwd: FW: Qual-Pro

Andrew Kingston <a7kingston@gmail.com>  Tue, Jul 6, 2021 at 3:40 PM

Begin forwarded message:

**From:** Asim Ghafoor <asim@glawoffice.com>
**Subject: Fwd: Qual-Pro**
**Date:** June 23, 2021 at 9:52:37 AM EDT
**To:** Andrew Kingston <a7kingston@gmail.com>

HCVT trail 1

---------- Forwarded message ----------
**From: Faisal Gill** <fgill@glawoffice.com>
**Date:** Tue, Dec 29, 2020 at 7:22 PM
**Subject:** Re: Qual-Pro
**To:** Andrew Kingston <a7kingston@gmail.com>
**CC:** Asim Ghafoor <asim@asimghafoor.com>, Javad K. Hassan (jkhassan@nesttech.com) <jkhassan@nesttech.com>

Andrew,

If you want the experts to talk to them, that is your guys choice. I think it is an absolute waste of time. Plus, my guess is that they HCVT will not talk to them. If they do they will say that they do not recall. We have the review and that is what we need to look at. I would rather have the experts focus on the materials that were provided by Shanes to SFO and the inventory valuations. That is what's relevant.

As for sanitizing, unless you have some proof of that, we cannot go down that path. As I have stated we need to keep this case simple and not complicate the matter.

Lastly, this massive conspiracy theory will not work with the arbitrators. We are not going to be able to prove some massive fraud concocted by the Shanes. To me we need to keep it simple.

Sincerely,
Faisal

On Tue, Dec 29, 2020 at 3:54 PM Andrew Kingston <a7kingston@gmail.com> wrote:
> Faisal,
>
> Let the experts speak to them, they need to make the brief.
>
> The first thing they asked for were HCVT financials! As I indicated earlier they are the base for establishing delta in inventory.
>
> Also HcVT was used by Shanes to "sanitize" their non GAAP compliant inventory. That's why it was an audit and only a review!
>
> Further, while they may not have the records, they will question HCVT to the extent of their review, and process.
>
> What you will find out is that it purely relied on information provided by the company.

What we do know is that they asked for access to inventory and BS instructed Kirk Waldren to limit it to raw material.

This goes to valuation.

What was turned to SFO is in disclosure schedules and ties in with financials. They did not turn:

Internal analysis showing over $ 7 mm excess, Darrel Shane report

Ray / Veronica report showing also $ 8.1 mm of excess (active and inactive inventory).

Contract access to evaluate usable inventory.

Provide access.

So relying on their disclosures to SFO is disingenuous, it will all match as we discussed before.

HCVT is key, we either get the information or through questioning by experts we confirm what we know. Info only provided by the company, no testing for correctness, fraud, misrepresentation, etc.

Then we can say it follows the same pattern of info provided to SFO and set it aside as unreliable. HCVT is covered as their engagement letter says clearly it only relies on info provided by client.

The experts stating this after conferring with them is what's needed to put it aside and deal with the fraud. Hence the effort in this regard.

Andrew

> On Dec 29, 2020, at 18:30, Faisal Gill <fgill@glawoffice.com> wrote:
>
> Andrew,
>
> Unless we have some proof, there is nothing we can do. I do not think that we need HCVT records, if we talk to them, they will just say that they do not remember because it took place a while ago. We need to focus on just inventory valuation and what was turned over to SFO and the emails we have.
>
> Sincerely,
> Faisal
>
>> On Tue, Dec 29, 2020 at 3:21 PM Andrew Kingston <a7kingston@gmail.com> wrote:
>> Faisal,
>>
>> It is quite astonishing that they have zero records on the asset class that is the most material in the balance sheet.
>>
>> Also they have no records yet there is a specific note on inventory valuation on the reviewed financial statements.
>>
>> I believe the best course of action is to have Steve Bates (associate of Bob Brennan) to speak to HCVT. They will then be able to report on these facts in their brief.
>>
>> We may have to reconstruct through other means.
>>
>> Best regards,

7/6/2021

Gmail - Fwd: FW: Qual-Pro

Andrew

On Dec 29, 2020, at 18:06, Faisal Gill <fgill@glawoffice.com> wrote:

---------- Forwarded message ----------
From: **Jim Carlin** <Jim.Carlin@hcvt.com>
Date: Tue, Dec 29, 2020 at 3:03 PM
Subject: FW: Qual-Pro
To: Faisal Gill <fgill@glawoffice.com>

Faisal, please see the response I got from John. Not sure if this addresses your data request relative to the inventory. Please let me know.

Jim

Jim Carlin

Partner

**HCVT**

Holthouse Carlin & Van Trigt LLP

11444 W. Olympic Blvd., 11th floor

Los Angeles, CA 90064

(310) 566-1919 - Telephone

(310) 566-1908 - Fax

Jim.Carlin@hcvt.com

www.hcvt.com

Please consider the environment before printing.

From: John Kishi <John.Kishi@hcvt.com>
Sent: Tuesday, December 29, 2020 2:50 PM
To: Jim Carlin <Jim.Carlin@hcvt.com>
Subject: Qual-Pro

Jim, I took a look at the 2015 and 2016 review binders. The inventory details are not saved in the binders, which is not unusual in situations where we have been engaged to perform a review. Had we been engaged to perform an audit, we would have likely requested and saved the inventory detail in our binder.

Please let me know if you have any questions.

Thanks,

John Kishi

Partner

**HCVT**

Holthouse Carlin & Van Trigt LLP

11444 W. Olympic Blvd., 11th floor

Los Angeles, CA 90064

(310) 566-1970 - Telephone

(310) 566-1905 - Fax

John.Kishi@hcvt.com

www.hcvt.com

---

Please consider the environment before printing.

---

Any tax advice given is not intended to be used by any taxpayer for the purpose of (1) avoiding tax penalties under the Internal Revenue Code or applicable state tax authority or (2) promoting, marketing, or recommending to another party any matters addressed herein.

This e-mail message is for the personal and confidential use of the recipient(s) named above. This message may also contain privileged client information or work product. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail, and delete the original message and any attachments.

--
Asim Ghafoor
8045 Leesburg Pike, Suite 503
Vienna, VA 22182

202 330 1469 M
202 318 4331 F