JS-6

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  SFO TECHNOLOGIES, PRIVATE      )  No. 2:19-cv-06674 JAK (Ex)
12  LTD; SFO TECH, INC.            )
                                   )  **JUDGMENT ON ARBITRATION**
13                   Plaintiffs,   )  **AWARD IN FAVOR OF**
                                   )  **DEFENDANTS BRIAN SHANE,**
14       vs.                       )  **RICHARD SHANE, DAVID**
                                   )  **SHANE, JULIE SHANE, AND**
15  BRIAN SHANE; RICHARD SHANE;    )  **KIRK WALDRON**
    DAVID SHANE; JULIE SHANE and   )
16  KIRK WALDRON                   )
                                   )
17                   Defendants.   )
                                   )
18
19
20
21
22
23
24
25
26
27
28

On May 18, 2021, the Hon. Wayne D. Brazil (Ret.) (Chair), the Hon. Stephen Haberfeld (Ret.) and the Hon. Enrique Romero (Ret.) (collectively, the "Tribunal"), the duly appointed Arbitration Tribunal in the matter of *SFO Technology Private Limited and SFO Tech, Inc. v. Brian Shane, et al.*, JAMS Arbitration No. 1100107448 (the "Arbitration"), issued its Corrective Final Award in the Arbitration (the "Final Award").

On July 18, 2022, this Court issued its Order: (1) granting the Petition of Defendants Brian Shane, Richard Shane, David Shane and Julie Shane (the "Shane Defendants") and Defendant Kirk Waldron (collectively, "Defendants") to Confirm Arbitration Award and for Entry of Judgment on Award; and (2) denying the Motion of Plaintiffs SFO Technologies, Private Ltd and SFO Tech, Inc. to Vacate the Arbitration Award or, alternatively, to Correct the Arbitration Award. Accordingly, it is now

**ORDERED, ADJUDGED AND DECREED** that:

1. Judgment be and hereby is entered in favor of Defendants and against SFO.

2. In accordance with the Final Award, SFO Technologies, Private Ltd and SFO Tech, Inc. take nothing under the claims they asserted in the Arbitration.

3. In accordance with the Final Award, the Shane Defendants shall recover from SFO Technologies, Private Ltd and SFO Tech, Inc. the principal sum of $540,000, together with interest thereon at the statutory rate of 10% per annum from July 1, 2018, to May 18, 2021, together with interest thereon from May 18, 2021, to the date of entry of this Judgment at the federal rate of interest applicable to civil judgments.

4. Further in accordance with the Final Award, Brian Shane shall recover from SFO Technologies, Private Ltd and SFO Tech, Inc. the principal sum of $100,000, together with interest thereon at the statutory rate of 10% per annum from November 16, 2018, to May 18, 2021, together with interest thereon from May 18,

2021, to the date of entry of this Judgment at the federal rate of interest applicable to civil judgments.

5. Further in accordance with the Final Award, the Shane Defendants' claims against Larry Aguilar and Alex Ayala are dismissed as moot.

6. Further in accordance with the Final Award, no party is to recover any costs of suit, costs of the arbitration, or attorney's fees.

**IT IS SO ORDERED.**

Dated: August 15, 2022

John A. Kronstadt
United States District Judge